# ATTACHMENT B
# AFFIDAVIT OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES SPECIAL AGENT TOM BLACK

I, Tom Black, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being first duly sworn, do hereby depose and state the following:

1. I am a SA with ATF, and have been since January 2024. Prior to my current employment with ATF, I was a United States Probation Officer ("USPO") in the Western District of Missouri for 6 years. Prior to USPO, I was a Trooper with the Missouri State Highway Patrol ("MSHP") for 6 years, responsible for enforcing Missouri state laws. I have a master's degree in criminal justice from University of Central Missouri, and a bachelor's degree in criminology from Missouri State University. My duties as an ATF SA involve investigating a variety of federal offenses, to include violations of federal firearms laws and other criminal violations of federal law.

2. This affidavit is in support of a criminal complaint charging David Allen GAUNT with firearms trafficking, in violation of Title 18, United States Code, Section 933.

3. The information in this Affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by other law enforcement investigators or witnesses, involved in this investigation. The dates and times in this affidavit are approximate. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for this criminal complaint, I have not described all the relevant facts and circumstances of which I am aware.

## STATUTORY AUTHORITY

4. 18 U.S.C. § 933(a)(1) prohibits any person from shipping, transporting, transferring, causing to be transported, or otherwise disposing of any firearm to another person in

or otherwise affecting interstate or foreign commerce, if such person knows or has reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute any offense under Federal or State law punishable by imprisonment for a term exceeding 1 year.

5. 18 U.S.C. § 933(a)(2) prohibits any person from receiving from another person any firearm in or otherwise affecting interstate or foreign commerce, if the recipient knows or has reasonable cause to believe that such receipt would constitute a felony.

## PROBABLE CAUSE

6. On June 21, 2023, the Springfield Police Department ("SPD") executed a search warrant at 4928 West Tarkio Street, Springfield, Greene County, Missouri. Joseph Winn was the target of the search warrant. As result of the warrant, officers seized two firearms from Winn: a RWC, KP-9, 9 mm pistol, bearing serial number K9P0013844, and a MKE, AP5-M, 9mm pistol, bearing serial number T0624-21CE03298. Winn was prohibited from possessing firearms because, prior to June 21, 2023, he had been convicted of multiple crimes punishable by a term exceeding one year under federal or state laws. A firearms trace of the firearms seized from WINN showed the original purchaser was "David Grant." However, the address and date of birth on the purchase were consistent with David GAUNT. Based on the address and date of birth, I believe there was a typographical error in the submission of the original trace. These firearms were purchased from a federal firearms licensee ("FFL") located within the Western District of Missouri, by "Grant" five (5) days prior to the execution of the search warrant, on June 16, 2023.

7. On July 11, 2023, an ATF TFO test fired the firearms seized from Winn, and determined that both firearms functioned as designed. On July 18, 2023, the firearms' information was provided to an ATF SA and Nexus Expert who determined the firearm was

not manufactured in Missouri, therefore, the firearm would have travelled in or affected interstate and/or foreign commerce before it arrived in Missouri.

8. Also, on June 21, 2023, SPD executed a search warrant at 2214 North Clifton Avenue, Springfield, Greene County, Western District of Missouri. The target of the search warrant was Donny L. Benson. At the time the warrants were written, investigators believed that the search warrant of Winn's residence and Benson's residence were unrelated, but later learned that Winn and Benson were likely trafficking drugs together. As result of the search warrant, officers seized a Tokarev, TBP 12, 12-gauge shotgun, bearing serial number 52-H23YB-007773. Benson was interviewed on August 22, 2023, and post-*Miranda* advisement, he admitted to being a user of methamphetamine, and stated he had been using methamphetamine consistently since December 2022. Therefore, Benson was prohibited from possessing firearms. A firearms trace showed the original purchaser was David GAUNT. This firearm was purchased from a FFL located within the Western District of Missouri by GAUNT twenty-five (25) days prior to the execution of the search warrant, on May 27, 2023.

9. On October 10, 2024, ATF TFOs test fired the firearm seized from Benson, and determined that the firearm functioned as designed. On the same date, an ATF and Nexus Expert reviewed the firearm's information and determined that that the firearm was not manufactured in the State of Missouri, therefore, the firearm travelled in or affected interstate commerce and/or foreign commerce before it arrived in the State of Missouri.

10. On July 10, 2023, the Greene County Sheriff's Office ("GCSO") contacted Roger Taylor during enforcement activities at East James River and South National within Greene County, Western District of Missouri. Taylor was in possession of an HS Produkt, XDS, .40 caliber pistol, bearing serial number S3532983, in addition to drug paraphernalia.

Taylor reported he received the firearm five- or six-days prior from a male named "David Gott." Based on the firearm trace, it is believed Taylor was referring to David GAUNT, because the firearm was purchased from a FFL by David GAUNT on June 28, 2023, twelve (12) days prior to the Taylor's contact with GCSO. Taylor was prohibited from possessing firearms because, prior to July 10, 2023, he had been convicted of multiple crimes punishable by a term exceeding one year under federal or state laws.

11. On November 8, 2024, an ATF TFO test fired the firearm seized from Taylor, and determined that the firearm functioned as designed. On January 15, 2024, the firearm's information was provided to an ATF SA and Nexus Expert who determined that that the firearm was not manufactured in the State of Missouri, therefore, the firearm travelled in or affected interstate commerce and/or foreign commerce before it arrived in the State of Missouri.

12. On August 16, 2023, SPD conducted a traffic stop of a vehicle being operated by GAUNT near South Glenstone Avenue, and East St. Louis Street, within the Western District of Missouri. When officers approached the vehicle, they observed multiple firearms in plain view. Officers searched the vehicle and located six (6) firearms, and three bags containing suspected controlled substances. The firearms are as follows:

    a. A Kimber, K6S, .357 revolver, bearing serial number RV095636;

    b. A Canyon Arms, BPX, 902, semi-automatic 12-gauge shotgun, bearing serial number P23017875;

    c. A Smith and Wesson, M & P Shield, 9mm pistol, bearing serial number JLF7962;

    d. A Walther, PPS, 9mm pistol, bearing serial number AX8226;

  e.  A Citadel, M1911, .45 caliber pistol, bearing serial number CIT031035; and

  f.  A Taurus, Millenium G2, 9mm pistol, bearing serial number TKY87579.

13. SPD interviewed GAUNT after reading him his *Miranda* rights. GAUNT admitted that all of the firearms and drugs inside the vehicle belonged to him. When asked about the firearms in the vehicle, GAUNT stated he buys and sells firearms to other people and stores. He indicated he will "buy or sell guns with anyone if the price is fair," adding, he does not always know the person well. He admitted to selling firearms to "Deuce," Donny Benson, and Roger Taylor. SPD was familiar with "Deuce" being a nickname for Joseph Winn. GAUNT admitted to knowing that Winn and Taylor were both convicted felons. He was asked how he knew they were felons, and he stated they brag about it, "[l]ike a badge of honor." When asked if he understood that it was illegal to sell a gun to someone that he knew could not legally possess a gun, GAUNT replied that he knew that, but he did not think it was his business to tell others whether or not they could have a gun.

14. On October 16, 2024, an ATF Task Force Officer ("TFO") and I interviewed GAUNT at the Greene County, Missouri, Jail. During the post-*Miranda* interview, GAUNT stated he frequently purchases firearms stating, "I like guns." GAUNT recalled providing firearms either by a sale or trade to approximately four individuals. Additionally, during the interview, GAUNT admitted to being a user of methamphetamine. He stated he has been addicted to methamphetamine for approximately three (3) years. This timeframe described GAUNT as an addict of methamphetamine began in approximately October 2021; therefore, he was prohibited from possessing/acquiring firearms since that time because he was an unlawful user of a controlled substance.

15. On November 6, 2024, SPD conducted a traffic stop of a vehicle operated by David GAUNT. The traffic stop occurred near East Elm Street and South Glenstone Avenue in Springfield, Missouri, for traffic violations. During the traffic stop, SPD seized a Sig Sauer, P365, 9mm caliber pistol, Serial No. 66B987940. The firearm was inside GAUNT's waistband. During the traffic stop, GAUNT also admitted there was "dope" in the center console of his vehicle. A clear plastic bag containing a crystalline substance consistent with methamphetamine was seized from the center console. A firearms trace showed the firearm was originally purchased from a FFL by Sonya Gaunt (also known as Sonya McGinnis), believed to be David GAUNT's ex-wife, eight (8) days prior on October 29, 2024.

16. Through local FFL records in addition to various ATF investigative resources, ATF has been determined, between May 2022 to present, GAUNT has personally purchased in excess of fifty (50) firearms. On every purchase, GAUNT marked "No" on question number 21 asking, "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" Approximately eighteen (18) of these firearms have been recovered by law enforcement, from GAUNT and others. Additionally, approximately eleven (11) of the firearms GAUNT has purchased have been either sold to or pawned at pawn shops.

17. I know that an important consideration in understanding firearms trafficking is the length of time between the date of a firearm's last known purchase (often by the first retail purchaser or, when additional transfer information is available, the last known purchaser) to the date of its recovery by law enforcement in connection with a crime. This time period is commonly referred to as "time-to-crime (or TTC)," which is measured in days. According to ATF statistics*, the median TTC for firearms purchased and recovered by law enforcement in the United States is

Page **6** of 7

Case 6:25-cr-03017-BCW    Document 1-2    Filed 01/16/25    Page 6 of 7

1,293 days (or slightly more than three years). Based upon my training and experience, a short TTC may suggest that a traced crime gun was rapidly diverted from lawful firearms commerce into the unlawful market and/or the possession of criminal offenders and represents a key indicator of firearms trafficking.

18. Based on the above facts, this affiant believes there is probable cause in support of a criminal complaint against David GAUNT, for violation of 18 U.S.C. § 933(a), that is, trafficking in firearms.

I swear/affirm that the above information is true and correct to the best of my knowledge and belief.

_____
TOM BLACK
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me via telephone on the __16th__ day of January 2025

_____
HONORABLE DAVID P. RUSH
United States Magistrate Judge
Western District of Missouri

Page **7** of **7**

Case 6:25-cr-03017-BCW    Document 1-2    Filed 01/16/25    Page 7 of 7